Richard J. McCord, Esq.
Certilman Balin Adler & Hyman, LLP
Attorneys for Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

**Hearing Date: October 17, 2017.**
**Time: 10:00 a.m.**
**Objection Date: October 10, 2017**
**Time: 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK:
-------------------------------------------------------------X
In re:

STEINWAY CHILD AND FAMILY
SERVICES, INC.,

                    Debtor.
-------------------------------------------------------------X

Chapter 7

Case No: 16-43546-ess

### NOTICE OF HEARING TO APPROVE SALE OF REAL PROPERTY LOCATED AT 11-40 31ST AVENUE, ASTORIA, NEW YORK 11106 TO A STALKING HORSE PURCHASER OR SUCH ENTITY WHICH MAKES A HIGHER OR BETTER BID AND AVOIDING THE JUDGMENTS HELD ON SAID PROPERTY BY NEW YORK STATE DEPARTMENT OF HEALTH AND AMERICAN TELEPHONE COMPANY, LLC

**PLEASE TAKE NOTICE** that on September 13, 2017, Richard J. McCord, Chapter 7 Trustee ("Trustee") for the Estate of Steinway Child and Family Services, Inc., filed a motion (the "Sale Motion") seeking authority to sell the following real property pursuant to the Purchase and Sale Agreement and to avoid the judgments held on the real property by New York State Department of Health and American Telephone Company, LLC, as more fully described below:

(1) Real property located at 11-40 31st Avenue, Astoria, New York 11106, Block 503, Lot 25, consisting of a 1,914 square foot single family residence, to be sold pursuant to a Purchase and Sale Agreement dated August, 2017 between the Trustee, as seller, and Toses Development Corp, as purchaser, for a purchase price of $1,200,000.00, free and clear of all liens, claims, encumbrances and other interests (the "Liens"), which Liens shall attach to the net proceeds of sale with the same validity and priority as such Liens had prior to the sale, subject to higher and better offers; and

(2) To avoid the judgment filed post-petition on August 11, 2016 by American Telephone Company, LLC against the Debtor in the amount of $73,852.00; and

(3) To avoid the judgment filed post-petition on December 22, 2016 by New York State Department of Health in the amount of $3,282,476.42.

1

**PLEASE TAKE FURTHER NOTICE** that on **October 17, 2017 at 10:00 a.m.** (the "Sale Hearing"), the Trustee, by his attorneys, Certilman Balin Adler & Hyman, LLP, will move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in Courtroom 3585 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, for entry of Orders: (i) authorizing the Trustee to sell the Real Property (the "Sale") at public auction (the "Auction") pursuant to 11 U.S.C. § 363(b), (f) and (m) and Fed. R. Bankr. P. 2002 and 6004; (ii) approving Bidding Procedures in connection with the Auction; (iii) approving the Purchase and Sale Agreement described above; (iv) scheduling a hearing to confirm the Sale ("Sale Confirmation Hearing"); (v) approving the manner and extent of Notice of Auction and Sale Confirmation Hearing; (vi) vacating the judgments held on said property by New York State Department of Health and American Telephone Company LLC; and (vii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Sale Confirmation Hearing will be scheduled at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief to be sought at the Sale Hearing must: (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court for the Eastern District of New York, and be received in the Chambers of the Honorable Elizabeth S. Stong, U.S.B.J., at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201; and (c) served upon (i) Certilman Balin Adler & Hyman, counsel to the Trustee, 90 Merrick Avenue, East Meadow, New York 11554, Attn:  Richard J. McCord, Esq..; (ii) the Office of the United States Trustee, Eastern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014; and (iii) Asaf Dror, Esq. 11 Grace Avenue, Suite 108, Great Neck, New York 11021, counsel to each purchaser, so as to be received no later than **October 10, 2017, at 4:00 p.m**. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Sale Hearing if you do not object to the relief requested in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing may be adjourned from time to time without further notice other than by announcement of the adjournment date at the hearing.

Dated:  East Meadow, New York
       September 13, 2017    **CERTILMAN BALIN ADLER & HYMAN, LLP**
                                      Counsel to the Trustee

                             By:     /s/ Richard J. McCord_____
                                          Richard J. McCord
                                          90 Merrick Avenue
                                          East Meadow, New York 11554
                                          (516) 296-7000
                                          rmccord@certilmanbalin.com