# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re: STEINWAY CHILD AND FAMILY SERVICES,  §   Case No. 116-43546
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$17,489,169.82_<br>*(without deducting any secured claims)* | Assets Exempt: _N/A_ |
| Total Distribution to Claimants:_$1,251,690.21_ | Claims Discharged<br>Without Payment: _N/A_ |
| Total Expenses of Administration:_$795,067.60_ | |

3) Total gross receipts of $   2,046,732.81   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of  $2,046,732.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,143,436.24 | $17,026,862.80 | $7,608,133.27 | $1,251,690.21 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 819,915.60 | 795,067.60 | 795,067.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 70,591.93 | 481,055.42 | 468,161.50 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,711,472.28 | 6,952,128.97 | 6,688,125.86 | 0.00 |
| **TOTAL DISBURSEMENTS** | $9,925,500.45 | $25,279,962.79 | $15,559,488.23 | $2,046,757.81 |

4)  This case was originally filed under Chapter 7 on August 05, 2016. The case was pending for 56 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/18/2021          By: /s/RICHARD J. McCORD
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit for Purchase of Real Property Located at | 1180-000 | 60,000.00 |
| Deposit from Zijo Music, runner up bidder ($1,92 | 1180-000 | 222,500.00 |
| Refund of deposit from auction sale for the real | 1180-000 | -222,500.00 |
| Return of down payment to stalking horse bidder | 1180-000 | -60,000.00 |
| BANK ACCOUNTS | 1129-000 | 68,570.50 |
| REAL PROPERTY LOCATED AT 11-40 31ST AVENUE | 1110-000 | 1,951,195.00 |
| REIMBURSEMENT FROM FIDELIS CARE | 1290-000 | 1,110.94 |
| REIMBURSEMENT FROM CIGNA HEALTH | 1290-000 | 105.62 |
| REFUND FROM BEACON HEALTH OPTIONS INC | 1290-000 | 1,236.13 |
| FUNDS FROM BEACON HEALTH STRATEGIES | 1290-000 | 137.06 |
| INSURANCE CHECK FROM DAMAGES FOR ASTORIA | 1290-000 | 23,565.35 |
| REFUND OF CON ED SECURITY DEPOSIT | 1290-000 | 493.05 |
| REFUND OF LATE FEES FROM MARLIN LEASING | 1290-000 | 169.16 |
| REFUND OF PHOTOCOPY REQUEST FEE | 1290-000 | 150.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,046,732.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4110-000 | N/A | 7,326,360.07 | 0.00 | 0.00 |
| 2S-2 | Internal Revenue Service | 4110-000 | 7,188,345.00 | 7,326,360.07 | 7,326,360.07 | 973,438.66 |
| 3S | NYS Department of Taxation & Finance | 4110-000 | N/A | 940,086.23 | 0.00 | 0.00 |
| 3S-2 | NYS Department of Taxation & Finance | 4110-000 | 954,507.03 | 940,086.23 | 0.00 | 0.00 |
| 25 | Dormitory Authority of the State of New York | 4110-000 | N/A | 212,197.00 | 0.00 | 0.00 |
| 30 | New York City Dept of Finance | 4110-000 | N/A | 3,521.65 | 3,521.65 | 0.00 |
| 31 | NYC Water Board | 4110-000 | 584.21 | 200.13 | 200.13 | 200.13 |
| NYCWATER | NYC Water Board | 4110-000 | N/A | 1,942.10 | 1,942.10 | 1,942.10 |
| | Dormitory Authority of the State of New York | 4110-000 | N/A | 276,109.32 | 276,109.32 | 276,109.32 |
| **TOTAL SECURED CLAIMS** | | | $8,143,436.24 | $17,026,862.80 | $7,608,133.27 | $1,251,690.21 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - NYS Department of Law | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Trustee Compensation - RICHARD J. McCORD | 2100-000 | N/A | 84,651.98 | 84,651.98 | 84,651.98 |
| Other - EisnerAmper LLP | 3410-000 | N/A | 47,377.25 | 47,377.25 | 47,377.25 |
| Other - EisnerAmper LLP | 3410-000 | N/A | 184,134.75 | 184,134.75 | 184,134.75 |
| Other - EisnerAmper LLP | 3420-000 | N/A | 17.00 | 17.00 | 17.00 |
| Other - EisnerAmper LLP | 3420-000 | N/A | 589.00 | 589.00 | 589.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3120-000 | N/A | 12,235.59 | 12,235.59 | 12,235.59 |
| Attorney for Trustee Expenses (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3120-000 | N/A | 1,641.24 | 1,641.24 | 1,641.24 |
| Attorney for Trustee Fees (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3110-000 | N/A | 233,437.50 | 219,589.50 | 219,589.50 |
| Attorney for Trustee Fees (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3110-000 | N/A | 80,801.25 | 69,801.25 | 69,801.25 |
| Other - MYC & Associates, Inc. | 2410-000 | N/A | 1,215.00 | 1,215.00 | 1,215.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 95.06 | 95.06 | 95.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.81 | 104.81 | 104.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.87 | 98.87 | 98.87 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Other – Consolidated Edison Company of N.Y. Inc | 2420-000 | N/A | 431.30 | 431.30 | 431.30 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 106.20 | 106.20 | 106.20 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 1,110.00 | 1,110.00 | 1,110.00 |
| Other – Jose M. Ramos | 2420-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Other – Consolidated Edison Company of N.Y. Inc | 2420-000 | N/A | 1,268.90 | 1,268.90 | 1,268.90 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 93.64 | 93.64 | 93.64 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 98.42 | 98.42 | 98.42 |
| Other – Consolidated Edison Company of N.Y. Inc. | 2420-000 | N/A | 173.07 | 173.07 | 173.07 |
| Other – Consolidated Edison of N.Y. Inc. | 2420-000 | N/A | 89.11 | 89.11 | 89.11 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 170.38 | 170.38 | 170.38 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 88.20 | 88.20 | 88.20 |
| Other – Consolidated Edison Company of NY Inc | 2420-000 | N/A | 128.15 | 128.15 | 128.15 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 103.43 | 103.43 | 103.43 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 93.23 | 93.23 | 93.23 |
| Other – Consolidated Edison Company of N.Y. Inc | 2420-000 | N/A | 378.02 | 378.02 | 378.02 |
| Other – Trustee Insurance Agency | 2500-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 89.58 | 89.58 | 89.58 |
| Other – Consolidated Edison of N.Y. Inc | 2420-000 | N/A | 190.17 | 190.17 | 190.17 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 103.58 | 103.58 | 103.58 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.69 | 87.69 | 87.69 |
| Other – Consolidated Edison Company of N.Y. Inc | 2420-000 | N/A | 682.86 | 682.86 | 682.86 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 95.75 | 95.75 | 95.75 |
| Other – Consolidated Edison Company of N.Y., Inc. | 2420-000 | N/A | 165.28 | 165.28 | 165.28 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 88.25 | 88.25 | 88.25 |
| Other – Consolidated Edison Company of N.Y. Inc | 2420-000 | N/A | 117.32 | 117.32 | 117.32 |
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 84.55 | 84.55 | 84.55 |
| Other – Consolidated Edison Company of N.Y. Inc | 2500-000 | N/A | 87.84 | 87.84 | 87.84 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Trustee Insurance Agency | 2420-000 | N/A | 370.00 | 370.00 | 370.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 95.86 | 95.86 | 95.86 |
| Other – Consolidated Edison Company of N.Y. Inc. | 2420-000 | N/A | 321.03 | 321.03 | 321.03 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 80.64 | 80.64 | 80.64 |
| Other – NYS Department of Law | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 115.70 | 115.70 | 115.70 |
| Other – New York State Department of Law | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other – New York State Department of Law | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 131.53 | 131.53 | 131.53 |
| Other – NYC Department of Finance | 2500-000 | N/A | 10,844.28 | 10,844.28 | 10,844.28 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 115.40 | 115.40 | 115.40 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 127.73 | 127.73 | 127.73 |
| Other – Astoria 31 Holding LLC | 2420-750 | N/A | 23,565.35 | 23,565.35 | 23,565.35 |
| Other – MYC & Associates, Inc. | 2690-460 | N/A | 8,370.00 | 8,370.00 | 8,370.00 |
| Other – MYC & Associates, Inc. | 2690-470 | N/A | 1,408.00 | 1,408.00 | 1,408.00 |
| Other – MYC & Associates, Inc. | 3510-000 | N/A | 117,000.00 | 117,000.00 | 117,000.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 123.46 | 123.46 | 123.46 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 48.77 | 48.77 | 48.77 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 53.63 | 53.63 | 53.63 |
| Other – NYS Department of Law | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other – United States Treasury | 2810-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other – New York State Department of Law | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other – United States Bankruptcy Court | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$819,915.60** | **$795,067.60** | **$795,067.60** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | NYS Department of Taxation & Finance | 5800-000 | N/A | 21.96 | 0.00 | 0.00 |
| 3P-2 | NYS Department of Taxation & Finance | 5800-000 | N/A | 21.96 | 0.00 | 0.00 |
| 3P-3 | NYS Department of Taxation and Finance | 5800-000 | N/A | 424,517.30 | 424,517.30 | 0.00 |
| 6 | NYS Department of Labor | 5800-000 | N/A | 43,644.20 | 43,644.20 | 0.00 |
| 23P | Mary D. Redd | 5800-000 | 12,475.00 | 12,850.00 | 0.00 | 0.00 |
| NOTFILED | Michelle M. Pierre-Louis | 5300-000 | 854.17 | N/A | N/A | 0.00 |
| NOTFILED | Ana G. Tejada | 5300-000 | 1,060.17 | N/A | N/A | 0.00 |
| NOTFILED | Frantz Fleury | 5300-000 | 3,233.19 | N/A | N/A | 0.00 |
| NOTFILED | Pasquale DePetris | 5300-000 | 47,511.07 | N/A | N/A | 0.00 |
| NOTFILED | Valentina Encarnacion | 5300-000 | 1,041.67 | N/A | N/A | 0.00 |
| NOTFILED | Roddy Anderson | 5300-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Tommy Allen | 5300-000 | 3,541.66 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $70,591.93 | $481,055.42 | $468,161.50 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consolidated Edison Company of New York, Inc. | 7100-000 | 10,863.91 | 8,996.64 | 8,996.64 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 27,069.30 | 0.00 | 0.00 |
| 2U-2 | Internal Revenue Service | 7100-000 | N/A | 27,069.30 | 27,069.30 | 0.00 |
| 3U | NYS Department of Taxation & Finance | 7100-000 | N/A | 4,045.02 | 0.00 | 0.00 |
| 3U-2 | NYS Department of Taxation & Finance | 7100-000 | N/A | 4,045.02 | 0.00 | 0.00 |
| 3U-3 | NYS Department of Taxation and Finance | 7100-000 | N/A | 69,945.64 | 69,945.64 | 0.00 |
| 4 | Aqua Extreme | 7100-000 | 1,096.24 | 13,377.35 | 13,377.35 | 0.00 |
| 5 | American Telephone Company, LLC | 7100-000 | 66,937.49 | 63,336.97 | 63,336.97 | 0.00 |
| 7 | Marty and Dorothy Silverman Foundation | 7100-000 | N/A | 182,318.56 | 182,318.56 | 0.00 |
| 8 | Obena Supply Co. | 7100-000 | 5,784.72 | 6,168.24 | 6,168.24 | 0.00 |
| 9 | Oxford Health Plans (NY), Inc. | 7100-000 | 68,329.39 | 33,861.90 | 33,861.90 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | MMS Meats, Inc. | 7100-000 | 184,697.00 | 251,304.50 | 251,304.50 | 0.00 |
| 11 | New York Youth Support Program Inc | 7100-000 | 31,300.00 | 31,300.00 | 31,300.00 | 0.00 |
| 12 | Raich Ende Malter & Co. LLP | 7100-000 | 11,335.00 | 11,335.00 | 11,335.00 | 0.00 |
| 13 | Wenig Saltiel & Greene, LLP | 7100-000 | N/A | 10,900.50 | 10,900.50 | 0.00 |
| 14 | American Express Bank FSB | 7100-000 | 2,846.20 | 10,614.23 | 10,614.23 | 0.00 |
| 15 | MJM Telecommunications Inc | 7100-000 | N/A | 4,772.16 | 0.00 | 0.00 |
| 16 | Wells Fargo Vendor Financial Services LLC | 7100-000 | N/A | 26,497.47 | 26,497.47 | 0.00 |
| 17 | Wells Fargo Vendor Financial Services LLC | 7100-000 | N/A | 102,589.79 | 102,589.79 | 0.00 |
| 18 | Language Line Solutions | 7100-000 | 137.60 | 248.00 | 248.00 | 0.00 |
| 19 | A.J. Panzarella Realty, Inc. | 7100-000 | 30,683.48 | 133,895.51 | 133,895.51 | 0.00 |
| 20 | Emmanuel Odigie | 7100-000 | N/A | 4,490.00 | 0.00 | 0.00 |
| 21 | American InfoSource LP as agent for | 7100-000 | 5,884.08 | 9,962.61 | 9,962.61 | 0.00 |
| 22 | Mary D. Redd | 7100-000 | N/A | 28,000.00 | 0.00 | 0.00 |
| 23U | Mary D. Redd | 7100-000 | 181,956.61 | 191,581.61 | 0.00 | 0.00 |
| 24 | Pitney Bowes Inc | 7100-000 | 455.00 | 4,700.97 | 4,700.97 | 0.00 |
| 26 | Twenty-Third Street Realty Assoc. LLC | 7100-000 | 211,230.14 | 890,338.15 | 890,338.15 | 0.00 |
| 27 | New York State Office of Mental Health | 7100-000 | 561,634.64 | 4,757,966.00 | 4,757,966.00 | 0.00 |
| 28 | Jose M. Ramos | 7200-000 | 4,680.00 | 4,680.00 | 4,680.00 | 0.00 |
| 29 | Monifa L. Brownlee | 7200-000 | N/A | 36,718.53 | 36,718.53 | 0.00 |
| NOTFILED | LIC Lot LLC | 7100-000 | 1,580.00 | N/A | N/A | 0.00 |
| NOTFILED | Marlin Business Bank | 7100-000 | 993.31 | N/A | N/A | 0.00 |
| NOTFILED | Medicare Part B | 7100-000 | 1,350.05 | N/A | N/A | 0.00 |
| NOTFILED | Infinisource | 7100-000 | 5,081.75 | N/A | N/A | 0.00 |
| NOTFILED | National Black Leadership | 7100-000 | 5,001.00 | N/A | N/A | 0.00 |
| NOTFILED | MegaPath | 7100-000 | 208.69 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | 8,712.75 | N/A | N/A | 0.00 |
| NOTFILED | Global Capacity | 7100-000 | 380.17 | N/A | N/A | 0.00 |
| NOTFILED | Community Healthcare Network | 7100-000 | 2,547.50 | N/A | N/A | 0.00 |
| NOTFILED | CHDFS Inc | 7100-000 | 12,594.00 | N/A | N/A | 0.00 |
| NOTFILED | CIT Technology Financing Services | 7100-000 | 2,314.35 | N/A | N/A | 0.00 |
| NOTFILED | Coordinated Behavioral Care | 7100-000 | 48,990.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Marketing LP | 7100-000 | 6,253.00 | N/A | N/A | 0.00 |
| NOTFILED | Davidoff Hutcher & Citron LLP | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Unum Life Insurance Corp | 7100-000 | 2,502.03 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dr David Fox | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Employee Benefit Solutions Inc. | 7100-000 | 975.15 | N/A | N/A | 0.00 |
| NOTFILED | National Grid | 7100-000 | 935.90 | N/A | N/A | 0.00 |
| NOTFILED | New York City Housing Authority | 7100-000 | 322.00 | N/A | N/A | 0.00 |
| NOTFILED | Standard Security Life Ins Co | 7100-000 | 5,054.60 | N/A | N/A | 0.00 |
| NOTFILED | SAE & Associates, LLC | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Sills Cummis & Gross | 7100-000 | 3,851.50 | N/A | N/A | 0.00 |
| NOTFILED | Strategic Products and Services | 7100-000 | 317.37 | N/A | N/A | 0.00 |
| NOTFILED | Towerstream Corporation | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Tiger direct inc | 7100-000 | 1,121.97 | N/A | N/A | 0.00 |
| NOTFILED | WEX Bank | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 532.25 | N/A | N/A | 0.00 |
| NOTFILED | W.B. mason Co Inc | 7100-000 | 3,198.60 | N/A | N/A | 0.00 |
| NOTFILED | Realty House Inc | 7100-000 | 10,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Ready Refresh | 7100-000 | 975.04 | N/A | N/A | 0.00 |
| NOTFILED | New York Youth Support Program | 7100-000 | 31,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Cablevision | 7100-000 | 281.66 | N/A | N/A | 0.00 |
| NOTFILED | New York State Insurance Fund | 7100-000 | 38,843.63 | N/A | N/A | 0.00 |
| NOTFILED | NYC Health & Hospitals | 7100-000 | 32,910.00 | N/A | N/A | 0.00 |
| NOTFILED | Phone Review | 7100-000 | 5,965.20 | N/A | N/A | 0.00 |
| NOTFILED | People Systems Business Service | 7100-000 | 603.25 | N/A | N/A | 0.00 |
| NOTFILED | RCN | 7100-000 | 371.80 | N/A | N/A | 0.00 |
| NOTFILED | Positive Parenting | 7100-000 | 195.00 | N/A | N/A | 0.00 |
| NOTFILED | Primo Uniform Service Co | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | New York City Alarm Corp | 7100-000 | 1,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Avaya Inc | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Broadview Networks | 7100-000 | 2,131.22 | N/A | N/A | 0.00 |
| NOTFILED | Ability Network Inc | 7100-000 | 2,249.00 | N/A | N/A | 0.00 |
| NOTFILED | Abila | 7100-000 | 4,522.00 | N/A | N/A | 0.00 |
| NOTFILED | Accumedic Computer Systems | 7100-000 | 399.60 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Teleconference Services | 7100-000 | 41.14 | N/A | N/A | 0.00 |
| NOTFILED | Black Veterans for Social Justice | 7100-000 | 8,960.00 | N/A | N/A | 0.00 |
| NOTFILED | Bauer Office Solutions Inc | 7100-000 | 882.30 | N/A | N/A | 0.00 |
| NOTFILED | Mary D. Redd | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Pasquale DePetris | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lewis Duckett | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,711,472.28 | $6,952,128.97 | $6,688,125.86 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):** 08/05/16 (f) |
| | **§341(a) Meeting Date:** 09/14/16 |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** 12/19/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 32,114.66 | 0.00 | | 68,570.50 | FA |
| 2 | SECURITY DEPOSITS | 215,325.00 | 0.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLES | 38,526.00 | 0.00 | | 0.00 | FA |
| 4 | OFFICE FURNITURE | 0.00 | 0.00 | | 0.00 | FA |
| 5 | COMPUTER SERVERS | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | VEHICLE -2006 BMW525i | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 7 | REAL PROPERTY LOCATED AT 11-40 31ST AVENUE | 800,000.00 | 1,687,803.00 | | 1,951,195.00 | FA |
| 8 | REIMBURSEMENT FROM FIDELIS CARE (u) | 0.00 | Unknown | | 1,110.94 | FA |
| 9 | REIMBURSEMENT FROM CIGNA HEALTH (u) | Unknown | Unknown | | 105.62 | FA |
| 10 | REFUND FROM BEACON HEALTH OPTIONS INC (u) | Unknown | Unknown | | 1,236.13 | FA |
| 11 | FUNDS FROM BEACON HEALTH STRATEGIES (u) | Unknown | 0.00 | | 137.06 | FA |
| 12 | INSURANCE CHECK FROM DAMAGES FOR ASTORIA (u) | 0.00 | 0.00 | | 23,565.35 | FA |
| 13 | JUDGEMENT AGAINST LEWIS DUCKETT (u) | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 14 | REFUND OF CON ED SECURITY DEPOSIT (u) | Unknown | 0.00 | | 493.05 | FA |
| 15 | JUDGMENT AGAINST LEWIS DUCKETT (u) | 44,000.00 | 44,000.00 | | 0.00 | FA |
| 16 | JUDGMENT AGAINST DUCKETT/REDD (u) | 8,266,466.20 | 8,266,466.20 | | 0.00 | FA |
| 17 | ADV. PRO.1086 AGAINST NYOFFOFMENTAL HEALTH/DASNY (u) | 636,406.32 | 636,406.32 | | 0.00 | FA |
| 18 | ADV. PRO.1088 AGAINST DAMIANI ET AL (u) | 8,266,446.30 | 8,266,446.30 | | 0.00 | FA |
| 19 | REFUND OF LATE FEES FROM MARLIN LEASING (u) | 0.00 | Unknown | | 169.16 | FA |
| 20 | REFUND OF PHOTOCOPY REQUEST FEE (u) | Unknown | Unknown | | 150.00 | FA |
| 20 | **Assets** Totals (Excluding unknown values) | **$18,321,284.48** | **$18,919,121.82** | | **$2,046,732.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

schedule 2004 examiantions, work on Brooklyn property transfer; sale of Astoria property;  waiting for informaiton from John Sullivan

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):** 08/05/16 (f) |
| | **§341(a) Meeting Date:** 09/14/16 |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** 12/19/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

accountants reviewing documents; waiting for info from American Archiving

08/09/2016- Correspondence sent to the debtors attorney on August 8, 2016 via email and first class mail requesting documents     pertaining to the debtor. Additionally, MYC has been notified as     to the real property owned by the debtor and the inspection of  same.

08/15/2016 - The Trustee filed the Notice of Presentment of Order Authorizing Examination and Production of documents of Mary D.     Redd Pursuant to Bankruptcy Rule 2004 and Designating  Mary  D.    Redd as A Witness and/or Responsible Party Pursuant to  Rule    9001(5)(a).  The Order is scheduled for presentment on September   9, 2016 and Objections, if any, are due by   September 9, 2016  by   4:00 p.m.

8/19/2016- The Trustee submitted the Application and Affirmation     for the Retention of Certilman Balin Adler & Hyman, LLP as     Attorneys for the Trustee.

09/13/16- The Trustee has received certain documents from the     debtors attorney i.e. bank statements, 2014 and 2015 941's,     invoices and payments to vendors. The Trustee has sent email     correspondence to counsel for the debtor requesting 2014  and  2015 tax returns. The Trustee is in the process of reviewing the     documents provided.

09/14/16- The Trustee has sent correspondence to JP Morgan Chase     Bank, via priority mail, requesting the turnover of funds   held  in the debtor's bank accounts.

09/16/16- The Trustee filed a notice of discovery of assets and     request for bar date.

09/19/2016- Pursuant to discussion with Craig Sutton, Esq., in     house counsel for JP Morgan Chase Bank, the funds held in the     debtors bank accounts are going to be turned over to the     Trustee.

09/19/16- The Trustee's accountant will be meeting a     representative of the debtor at the premises located in Astoria     on September 20 at 3:30 to pick up the computer servers. Email     sent to debtors counsel requesting documents that have  not  yet   been turned over i.e. cancelled checks, 2014 and 2015 tax   returns. A subpoena was served upon JP Morgan Chase  Bank for   copies of bank statements which are due on October  24, 2016.  The   Application to employ EisnerAmper as  accountants to the  Trustee   was filed.

09/26/16- The Astoria premises have been turned over to the     Trustee and secured by MYC & Associates.

09/26/16- The Trustee has received funds from JP Morgan Chase     Bank NA in the amount of $68,570.50, which represents the  funds     held in the debtors bank account ending 3171.

09/28/2016- The Trustee prepared and filed the Application for     the Retention of MYC & Associates as Real Estate Broker to  the     Chapter 7 Trustee.

09/30/2016- Email correspondence to Eli Worenklein requesting     copies of the 941 payroll and NYS 45 tax returns.  Additionally,     information requested if the debtor held any  bank accounts  with   US Bank or Greenpoint Bank.

10/04/2016- The Trustee sent a criminal referral letter to the     Office of the United States Trustee.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-43546 | **Trustee:**    (521290)    RICHARD J. McCORD |
| **Case Name:**    STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):**    08/05/16 (f) |
| | **§341(a) Meeting Date:**    09/14/16 |
| **Period Ending:** 03/18/21 | **Claims Bar Date:**    12/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

10/18/2016- The Order Authorizing Employment of EisnerAmper LLP    as Accountants to the Trustee was entered on October 18,   2016.    The Order Authorizing the Retention of MYC & Associates as   Real   Estate Broker to the Trustee was also entered.

10/19/2016- Follow up email sent to debtor's counsel requesting        tax information and information pertaining to bank accounts.

10/21/2016- Follow up email sent to the Internal Revenue Service    with regard to a 506(c) carve-out. The Trustee has prepared    and   filed the Notice of Presentment and Application in   Support   for the 2004 examination of Frantz Fleury, as the   former   Controller of the Debtor, and Tommy Allen as the    former director of finance   of he debtor, with objections to   be filed   by November 14, 2016  and the orders scheduled to  be signed on   November 21, 2016.

11/10/2016- The Trustee resubmitted the Subpoena for records to    U.S. Bank National Association to be produced on or before        December 15, 2016.

11/23/2016- The Trustee received a check from Fidelis Care in the amount of $200.02.

12/06/2016- The Trustee receive  a check from Cigna Health and    Life Insurance in the amount of $105.62, representing the    debtor's share of restitution of funds that Cigna's special    investigation unit recovered and a check in the amount of  $380.38  from Fidelis Care for insurance refund.

12/23/2016- Revised IRS carve out stipulation sent to the US    Attorneys office.

12/23/2016- The Stipulation and Order Between the Department of    Treasury/Internal Revenue Service and the Trustee Regarding   the   Sale of the Debtor's Assets and Carve-Out for the Benefit   of   the   Trustee, the Trustee's Professionals and Creditors  was  executed   the counsel for the US Attorneys Office and has been   filed  with   the Court.

12/28/16- The Stipulation and Order between the Dept of Treasury    and the Trustee was "So Ordered" by the Court on December  27,    2016.

12/27/16 - The Trustee filed Notices of Presentment for 2004    exams of James J. Neal, Pasquale DePetris, Larry Hammel, Renold    Damiani, Gail Mitchell, Lewis E. Duckett and Christina  Labita,    CPA.  The presentment date is January 25, 2017 and  objections   are due January 18, 2017 at 4:00 p.m.

01/12/2017- The Trustee received a check from Beacon Health    Options in the amount of $13.33

01/20/17- The Trustee has received an offer to purchase the    Astoria property for the sum of $1,300,000.00. The Contract of    Sale is being prepared to use as a stalking horse and then a    motion will be prepared and submitted to the Court.

01/23/17- The Trustee has received a check from Beacon Health    Options Inc in the amount of $1,222.80 for payment of insurance     claims.

1/24/17 The Trustee prepared and filed the Application for the    Retention of MYC & Associates, Inc., as Real Estate Property   Manager for the Trustee.

1/26/17  The Trustee has filed the supplemental declaration in    connection with retention of Certilman Balin Adler & Hyman, LLP    as Attorneys for the Trustee with

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):** 08/05/16 (f) | |
| | **§341(a) Meeting Date:** 09/14/16 | |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** 12/19/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

regard to increased rates    pursuant to the Order for Retention.

01/27/17- The Order authorizing the retention of MYC & Associates as real estate property manager to the Trustee was entered and    has been forwarded to MYC.

02/16/17- Email sent to MYC requesting status of sale of Astoria    Property.

02/17/17- The Trustee has bound insurance coverage on the Astoria property.

02/21/17- The previous offer on the Astoria property fell    through. The Trustee has received a new offer in the amount of    $1,200,000.00 which the contract of sale will be prepared and    this will be the stalking horse bidder.

02/22/17- The Trustee has made a payment to Trustee Insurance    Agency in the amount of $1,110.00 for payment of the residential    and liability insurance on the Debtor's Astoria property. The    coverage period is from February 17, 2017 through May 17,  2017.

02/22/17- The Trustee has made a payment to Jose Ramos, in the    total amount of $1,250.00 for the service support of the   debtor's computer including back up's contacted SAGE for the    Trustee's    accountants to process W-2's.  Services were    rendered on January    25, 2017 and February 20, 2017.

02/22/17- The Trustee has made a payment to Consolidated Edison    in the amount of $1,268.90, which represents payment for the    electric service on the Astoria property from November 1, 2016    through February 3, 2017.

03/2/17- The contract of sale for the new offer has been sent out to the purchasers attorneys.

04/03/17- The Trustee has made another payment in the amount of    $173.07 to Con Edison for electricity services.

04/18/17 - The Trustee sent a subpoena to JP Morgan Chase Bank to request information pertaining to transactions on March 17, 2016 and June 2, 2016.  The documents are due by May 17, 2017 by 4:00 p.m.

04/25/17- The Trustee has made a payment to Consolidated Edison    for payment of electric service and a payment to Trustee    insurance agency for payment of the insurance premium on the    Astoria property.

05/05/17- The Trustee sent correspondence to JP Morgan Chase to    inquire if any funds have been deposited in the debtors bank    accounts and if so the funds must be turned over to the Trustee.

05/05/17 - The Trustee scheduled the 2004 examination of Lewis E. Duckett to take place on June 30, 3017 at 10:00 a.m.

05/08/17- The Trustee has sent correspondence to the following    entities for collection of the deposits as reflected on the    debtors schedules: 23rd Street Realty in the amount of    $160,135.00; MMS Meats in the amount of $30,500.00; A.J.    Panzarella in the amount of $19,350.00; Consolidated Edison in    the amount of $2,100.00; Realty House in the amount of $1,000.00    and Black Veterans for Social Justice in the amount of    $2,240.00.

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 116-43546 | Trustee: | (521290) | RICHARD J. McCORD |
| Case Name: | STEINWAY CHILD AND FAMILY SERVICES, | Filed (f) or Converted (c): | 08/05/16 (f) | |
| | | §341(a) Meeting Date: | 09/14/16 | |
| Period Ending: 03/18/21 | | Claims Bar Date: | 12/19/16 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- |

05/08/17- The Trustee received a check from Fidelis Care in the    amount of $92.18.

05/08/17- Correspondence sent to Scott Fenstermaker, Esq.,    counsel for Mary Redd, requesting that the debtors vehicle be    turned over to the Trustee's representatives.

05/09/17- The Notice of Presentment and Application in Support    for an Order Authorizing Examination and Production of Documents    of a Responsible Party of the New York State Office of Mental    Health with Knowledge and Information Regarding the Debtor    Pursuant to Bankruptcy Rule 2004 and the The Notice of Presentment and Application in Support for an Order Authorizing    Examination and Production of Documents of a Responsible Party    of the Dormitory Authority of the State of New York  with    Knowledge and Information Regarding the Debtor Pursuant to    Bankruptcy Rule 2004. Objections are to be filed by May 30, 2017    and the order   is scheduled to be signed on June 6, 2017.

05/10/17- The Trustee has made a payment to Consolidated Edison    in the amount of $128.15 for payment of the outstanding bill.

05/16/17- The Trustee entered into an Amended Stipulation and    Order Between Department of Treasury/Internal Revenue service and the Trustee Regarding the Sale of the Debtor's Assets, Pursuant    to Avoidance Actions, and Carve-Out for Benefit of Trustee,  the    Trustee's Professionals and Creditors. The Stipulation was filed  with the Court.

05/19/17- The Amended Stipulation with the Department of Treasury was "So Ordered" on May 18, 2017.

05/26/17- The deposition of Frantz Fleury was held on May 24,    2017 pursuant to the 2004 Order. The Trustee has made a payment    in the amount of $370.00 to Trustee Insurance Agency for the   June insurance premium on the Astoria property.

05/26/17- Correspondence sent to Tommy Allen to reschedule his    2004 deposition to June 16, 2017 at 10:00 a.m. .

06/09/17- The 2004 examination of Mary Redd has been reschedule    to July 14, 2017 at 10:30 a.m.

06/14/17- The examination of Tommy Allen is scheduled for July 6, 2017 at 10:00 a.m. The debtors vehicle is being turned over by    Mary Redd to MYC & Associates, Inc.

06/16/17- Email sent to counsel for the debtor requesting    information on secured claim on BMW.

06/27/17- The examination of Tommy Allen has been re-scheduled    for July 7, 2017 at 10:00 a.m.

06/20/17- Letter sent to John Sullivan, Esq., who represented the debtor in connection with the tax issues, requesting    documentation and who was deemed a responsible party by the IRS.

06/22/17- Email correspondence sent to counsel following up for    information on the BMW.

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290)  RICHARD J. McCORD |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):** 08/05/16 (f) |
| | **§341(a) Meeting Date:** 09/14/16 |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** 12/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

07/07/17- The 2004 examination of Tommy Allen has been    rescheduled to July 21, 2017 at 11:00 a.m.

07/27/17- The 2004 examination of Mary Redd was held on July 14,    2017 and the 2004 examination of Tommy Allen was held on July    21, 2017. The Trustee has made a payment for the August  insurance  premium on the Astoria Property.

07/27/17- The Trustee received a check from Beacon Health    Strategies in the amount of $137.06 for payment of services    previously rendered by the debtor.

7/31/17 - The Trustee sent an original and copy of the transcript of Mary D. Redd taken on July 14, 2017, to Scott Fenstermaker,    Esq. for her review and signature.

8/1/17- The Trustee sent an original and copy of the transcript    of Tommy Allen taken on July 21, 2017 to Mr. Allen for review  and signature.

08/10/17- The Trustee has made a payment to Con Edison in the    amount of $190.17 for the Astoria electric bill.

08/14/17- The Notice of Presentment and Application in Support    for an Order Authorizing Examination and Production of Documents   of Andrew D. Levine, CPA and John Sullivan, III, Esq were    prepared and filed. Objections are to be filed by September 1,    2017 and the Orders are scheduled to be signed on September 8, 2017.

08/17/17- The Trustee has prepared and filed the Notice of    Abandonment of Property of the Estate as it pertains to the    Retirement Plans with Vanguard and the Medical Records located at American Archive and Shredding. Objections are to be filed by    September 15, 2017 and if there are objections, a hearing will be held on September 27, 2017. If no objections filed, the medical    records and retirement plans will be abandoned as of September    18, 2017.

08/18/17- As the issue of the easement was resolved as to the    Astoria property, the original offer to purchase was renewed by    Toses Development Corp in the amount of $1,200,000.00. The    Trustee has received the first portion of the downpayment in the    amount of $60,000.00 and the remaining down payment will be wired within 5 days after notice of entry of the order for the   motion to sell. The Purchase and Sale Agreement has been signed   and the Motion to Sell will be prepared shortly.

08/23/17- The Trustee sent correspondence to C. Douglas Dixon,    Esq. requesting a copies of the closing statements from the    purchase of the Brooklyn and Astoria property.

08/24/17- The Trustee has been contacted by Adam Russ, Esq. on    behalf of John Sullivan, Esq. and the Trustee's application for    the 2004 examination. The Trustee has been advised that he will    be receiving the requested information from John Sullivan by the    end of September.

08/28/17- The Trustee has made a payment to the Trustee Insurance Agency for the September premium.

09/05/17- An objection was filed by Andrew Levine to the 2004    Application. The hearing is scheduled for September 27, 2017 at   10:00 a.m.

09/07/17- At the request of the Paulina Stametelos from the NYS   Attorney Generals office, the objection deadline to the notice of abandonment has been extended to

Exhibit 8

Page: 7

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 116-43546 | | Trustee: | (521290) | RICHARD J. McCORD |
|---|---|---|---|---|---|
| Case Name: | STEINWAY CHILD AND FAMILY SERVICES, | | Filed (f) or Converted (c): | 08/05/16 (f) | |
| | | | §341(a) Meeting Date: | 09/14/16 | |
| Period Ending: 03/18/21 | | | Claims Bar Date: | 12/19/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

October 6, 2017, if objections, the hearing will be scheduled for October 17, 2017 at 10:00 a.m. and if there are no objections, the medical records and retirement plans will be deemed abandoned as of October 9, 2017.

09/13/17- The Court "So Ordered" the correspondence filed with the Court whereas the abandonment of the medical records and retirement plans objection deadline was extended to October 6, 2017, as well as the correspondence filed with the Court as to setting down a hearing for the objection filed by Andrew D. Levine.

09/15/17- The Trustee has filed and served the Trustee's Motoin for an Order Pursuant to 11 U.S.C. Sections 105 and 363 (i) Approving the Sale of Real Property Located at 11-40 31st Avenue, Astoria, New York 11106 at Auction, Free and Clear of Liens, Claims and Encumbrances and Subject to Higher and Better Offers; (ii) Scheduling a Sale Confirmation Hearing; (iii) Approving Bidding Procedures; (iv) Approving the Manner and Extend of Notice of Auction and Sale Confirmation Hearing; (v) Approving Stalking Horse Agreement; (vi) Vacating the Judgments Held on the Real Property by New York State Department of Health and American Telephone Company, LLC and (vii) for Related Relief. Objections are to be filed by October 10, 2017 at 4:00 p.m. and the hearing on the sale motion is scheduled for October 17, 2017 at 10:00 a.m.

9/27/17 The Trustee filed the Supplemental Declaration in Connection with Retention of EisnerAmper LLP as Accountants for the Trustee.

09/29/17- The Trustee served a subpoena upon American Archiving and Shredding requesting copies of the contract with the debtor and inventory of records stored. The Trustee is to receive the documentation by October 19, 2017.

09/29/17 - The Trustee further adjourned the objection deadline to the Notice of Proposed Abandonment of Property of the Estate from October 6, 2017 to November 6, 2017. The hearing date is scheduled for November 14, 2017 at 9:30 a.m., if no objections are filed, the Retirement Plans and Medical Records will be deemed abandoned as of November 7, 2017.

10/09/17- Email sent to counsel for John Sullivan requesting status of documents that were to be provided to the Trustee by September 30, 2017,

10/6/17- A payment has been made to Consolidated Edison in the amount of $682.86, which includes a deposit.

10/26/17- The Order Pursuant to 11 U.S.C. Sections 105 and 363 (i) Approving the Sale of Real Property Located at 11-40 31st Avenue, Astoria, New York 11106 at Auction, Free and clear of Liens, Claims and Encumbrances and Subject to Higher and Better Offers; (ii) Scheduling a Hearing to Approve Such Sale; (iii) Approving Bidding Procedures; (iv) approving the manner and extent of notice of such hearing; (v) approving stalking horse agreement; (vi) vacating the judgments held on the real property by New York State Department of Health and American Telephone Company, LLC and (vii) Granting Related Relief was signed on October 24, 2017. The Order to Confirm provides that the Court shall hold a hearing on November 28, 2017 at 10:30 a.m. to determine whether to approve the sale of the Astoria Property to the Stalking Horse Biider or the Successful Bidder at Auction. The Auction Sale is scheduled for November 8, 2017 at 1:00 p.m. Pursuant to the Court's direction, the Order has been served on all parties who filed a notice of appearance and a proof of claim.

10/26/17- As the medical records held at American Archiving and Shredding were transferred to another entity by the debtor, pursuant to the direction of the New York State Office of Mental Heath, the Trustee has filed correspondence with the Court withdrawing that portion of the Notice of Abandonment as it pertains to the medical records.

Exhibit 8

Page: 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 116-43546 | | **Trustee:** (521290) RICHARD J. McCORD | | | |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | | **Filed (f) or Converted (c):** 08/05/16 (f) | | | |
| | | **§341(a) Meeting Date:** 09/14/16 | | | |
| **Period Ending:** 03/18/21 | | **Claims Bar Date:** 12/19/16 | | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/26/17- The trustee has made a payment to the Trustee Insurance Agency for the November 2017 insurance premium on the Astoria   Property.

11/8/17- The 2004 subpoena for the examination of John Sullivan  has been served and the deposition is scheduled for December 8,   2017 at 10:00 a.m.

11/9/17- The Auction Sale was held on November 8, 2017.  The   Successful Bidder was Piero Musso, with the highest bid of  $1,950,000.00 and the runner up bidder was Zijo Music, with a bid of $1,925,000.00. The Trustee has received the deposit of  $122,500.00 (with an additional $72,500.00 to be delivered to the Trustee asap) and a deposit from the runner up bidder of two   checks totaling $222,500.00. The Trustee has filed a letter with   the Court requesting that the sale confirmation hearing date of   November 28, 2017 be rescheduled to an earlier date.

11/09/17- The Court issued an Order Rescheduling Hearing, which   reschedules the sale confirmation hearing from November 28, 2017   to November 16, 2017 at 10:00 a.m.

11/10/17- The Trustee has received the remaining deposit from   Peiro Musso, the highest bidder from the auction sale, in the   amount of $72,500.00.

11/13/17- The Trustee has made a payment to Con Edison in the   amount of $165.28.

11/15/17- The Report of Sale has been filed with the Court.

11/22/17- The 2004 examination of John Sullivan, Esq. has been   rescheduled to January 17, 2018 at 10:00 a.m. The Order   Confirming the Chapter 7 Trustee's Sale of the Debtor's Real   Property Located at 11-40 31st Avenue, Astoria, New York 11106   was signed on November 21, 2017.

11/27/17- The Trustee has made a payment for the December   insurance premium on the Astoria property.

12/8/17- The Trustee has refunded the down payment of $60,000.00   to Toses Development Corp as the stalking horse bidder of the   Astoria property pursuant to Court dated November 21, 2017.

12/11/17- On November 10, 2017, a Complaint was filed against   Lewis Duckett and Mary Redd pursuant to 11 U.S.C. 105(a), 541,   544, 547, 548, 550 and 551 and Rules 6009, 7001 and 7008 New   York common law tort claims for breach of fiduciary duty, seeking avoidance and recovery of the Duckett Preferential Transfers in the sum of $12,000.00; avoidance and recovery of the Duckett  Two- Year Transfers in the amount of $44,000.00; judgment against  Duckett and Redd for breach of fiduciary duties in the amount  of $8,266,446,.30. The Answer is due November 13, 2017 and the  first pre-trial conference is scheduled for January 9, 2018 at  9:30 a.m.

12/27/17- The Trustee has made a payment for the January 2018   insurance premium on the Astoria property.  The Stipulation and   Order Extending Time for Lewis Ducket to file an Answer to the   Complaint to January 19, 2018 was entered on December 22, 2017.

01/02/18- The closing of the Astoria property has been scheduled   for January 18, 2018 at 12:00 p.m. The trustee has received an   accounts receivable from Fidelis Care in the amount of $423.84.

Exhibit 8

Page: 9

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290) | RICHARD J. McCORD |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):** | 08/05/16 (f) |
| | **§341(a) Meeting Date:** | 09/14/16 |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** | 12/19/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled And Unscheduled (u) Property)** **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** **(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/18/18- The Trustee has made a payment to Con Edison in the amount of $87.84 for the electricity.

01/23/18- The closing for the sale of the Astoria property was adjourned due to the pending insurance claim due to the pipe burst at the property. The pre-trial conference in the Redd/Ducket adversary proceeding has been adjourned to March 13, 2018 at 9:30 a.m.

02/14/18- A Payment has been made to Con Edison for the electricity in the amount of $321.03.

02/14/18- The closing for the Astoria property has been scheduled for February 28, 2018 at 3:00 p.m.

02/28/18-The closing for the sale of the Astoria Property took place on February 28, 2018 and the Trustee has received the remaining sale funds in the amount of $1,756,195.00.

03/05/18- The Trustee has received the funds from Great American Insurance company in connection with the damage at the debtors real property and the claim that was filed in the amount of $23,565.35.

03/07/18- The Trustee has returned the deposit to Zijo Music for the Astoria property in the amount of $222,500.00 pursuant to Court Order dated November 21, 2017.

04/26/18- The Trustee received a check from Con Edison in the amount of $32.63 for the refund of the deposit for the electric for 11-40 31st Avenue, Astoria, NY.

04/27/18- The Trustee has filed the 2014 Tax Returns for the Debtor, which included a check to NYS in the amount of $50.00.

05/02/18- The Trustee has received the payoff from the Dormitory Authority of the State of New York as to the Astoria property in the amount of $276,109.32. The check has been sent to DASNY c/o Schiff Hardin, counsel to DASNY.

05/10/18- The Trustee has filed the Tax REturns for July 1, 2015 through June 30, 2016.

05/11/18- The Trustee has filed the Tax Returns for the period July 1, 2016 through June 30, 2017.

05/30/18 - The Trustee has filed the Notice of Settlement of Order Granting Default Judgment as to Mary Redd and Lewis Duckett regarding Adv. Pro. No. 117-1158. The Order and Judgment are scheduled to be signed on June 8, 2018 unless objections are filed.

06/13/18- The Trustee has prepared and filed the Application for Compensation of MYC & Associates as Real Estate Broker to the Trustee and Property Manager to the Trustee. Objections are to be filed by July 11, 2018 and the hearing is scheduled for July 18, 2018 at 10:00 a.m. Additionally, the Notice of Presentment and Application in Support for an Order Authorizing the Trustee to Disburse the Insurance Proceeds in the amount of $23,565.35 to Astoria 31 Holding LLC Purchaser of the Debtor's Real Property Located at 11-40 31st Avenue, Astoria, New York 11106. Objections are to be filed by July 3, 2018, the order is scheduled to be signed on July 10, 2018, objection hearing scheduled for July 18, 2018.

Exhibit 8

Page: 10

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted to (c):** 08/05/16 (f) | |
| | **§341(a) Meeting Date:** 09/14/16 | |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** 12/19/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/25/18- The Order Granting Motion for Default Judgment was entered on June 19, 2018 and the Judgment was entered on June 25, 2018.

07/02/18- The Trustee has received a check from Con Edison in the amount of $460.42, which represented the refund of the deposit for the electric for the Astoria property.

07/13/18- The Order Authorizing the Trustee to Disburse the Insurance Proceeds, in the amount of $23,565.35 to Astoria 31 Holding Inc Purchase of the Debtor's Real Property Located at 11-40 31st Avenue, Astoria, New York was signed July 12, 2018.

07/23/18: The Order Granting Allowance of Fees and Reimbursement of Expenses to MYC & Associates, Inc as Court Appointed Property Manager to the Chapter 7 Trustee and Allowance of Commissions to MYC & Associates as Court Appointed Real Estate Broker for the Chapter 7 Trustee was entered on July 23, 2018. The Trustee will disburse the funds once the Order becomes final and non appealable.

08/01/2018- The Trustee has disbursed the funds in the $23,565.35 to Astoria 31 Holding, LLC, the purchaser of the Astoria Property, pursuant to Court Order dated July 12, 2018.

08/07/2018- The Trustee and counsel filed a Complaint against New York State Office of Mental Health and the Dormitory Authority (18-1086) pursuant to 11 U.S.C. 105, 541, 544, 548, 550, and 551 NY Debtor and Creditor Law 273, 274, 275, 276, and 276-a, seeking avoidance of two year transfers in the amount of $195,817.32 and avoidance and recovery of transfers in the total amount of $440,589.00. Additionally, a complaint was filed against Renold Damiani, Larry Hammel, Gail Mitchell, Julia Price, Launie Brown, Tara Griffin and James J. Neal (board members) pursuant to 11 U.S.C. 105(a), 541 and Rules 6009, 7001 and 7008 of the Federal Rules of Bankruptcy Procedure and New York Not-for-Profit Corporation Law Section 701 et seq, seeking a judgment jointly, and severally, in the amount of $8,266,446.30. The pre-trial conferences are scheduled for September 21, 2018.

08/09/2018- The Order granting fees and expenses to MYC & Associates as Property Manager and Commissions as broker is final and the Trustee has distributed the funds to MYC per this Court Order.

08/23/18- The Trustee sent correspondence to the NYC Water Board requesting a breakdown of the funds due and owing pursuant to correspondence received and requested the at proof of claim be filed.

09/21/18- The pre-trial conferences have been adjourned to October 16, 2018 at 10:00 a.m.

11/1/18- The Trustee has prepared and filed an Interim Distribution Report with the Office of the United States Trustee. The next pre-trial conferences are scheduled for November 6, 2018.

11/2/18- The PTC's have been adjourned to November 20, 2018 at 10:00 a.m.

11/19/18- A Motion to Dismiss was filed by each defendant in the adversary proceedings. The time to respond to each is December 11, 2018 and the Motions and PTC's are scheduled for hearing on December 18, 2018 at 9:30 a.m.

Exhibit 8

# Form 1

Page: 11

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 116-43546 | Trustee: (521290) RICHARD J. McCORD |
| Case Name: STEINWAY CHILD AND FAMILY SERVICES, | Filed (f) or Converted (c): 08/05/16 (f) |
| | §341(a) Meeting Date: 09/14/16 |
| Period Ending: 03/18/21 | Claims Bar Date: 12/19/16 |

| 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | 2 <br> Petition/ <br> Unscheduled <br> Values | 3 <br> Estimated Net Value <br> (Value Determined By Trustee, <br> Less Liens, Exemptions, <br> and Other Costs) | 4 <br> Property <br> Abandoned <br> OA=§554(a) | 5 <br> Sale/Funds <br> Received by <br> the Estate | 6 <br> Asset Fully <br> Administered (FA)/ <br> Gross Value of <br> Remaining Assets |
|---|---|---|---|---|---|

11/30/18- The Trustee has filed a Motion for an Order Granting Chapter 7 Trustee's Objection to Claim Numbers 7, 15, 20, 22, 23,25, 28, 29 and 30. Objections are due by January 3, 2019 and the hearing is scheduled for January 10, 2019 at 10:00 a.m.

12/10/18- The McCord v. DASNY adversary proceeding pre-trial conference and motion to dismiss has been adjourned to January 15, 2019 at 9:30 a.m. and the opposition papers are due January 8, 2019.

12/11/18- The McCord v. Damiani PTC has been adjourned to January 31, 2018 and the opposition papers are due January 17, 2019.

12/17/18- The Interim Report was approved and the hearing is scheduled for February 7, 2018 at 9:30 a.m.

01/16/19- The opposition papers to the Damini Motion to Dismiss are due January 28, 2019. The next conference scheduled in the Dasny adversary proceeding is March 7, 2019 with reply papers due February 14. The Order Granting Chapter 7 Trustee's Objection to Claim Number 7, 15, 20, 22, 23, 245, 28, 29 and 20 and the objection to 7 was withdrawn, was entered on January 12, 2019.

02/27/19- There were no objections filed to the Interim Report. On February 8, 2019, the Order Approving the Trustee's Interim Report and Awarding Inteirm Commissions to the Chapter 7 Trustee, the Order Approving Interim Attorneys' Fees and Reimbursement of Expenses and the Order Approving Accountants' Interim Fees and Reimbursement of Expenses was entered. As the Orders are final and non-appealable, the Trustee has distributed the funds.

03/05/19- The pre-trial conferences in the pending adversary proceedings have been adjourned to April 11, 2019 at 9:30 a.m.

05/13/19- The next PTC for McCord v. Damiani is May 16 at 3:00 p.m. and in McCord v. Office of Mental Health is June 12, 2019 at 3:00 p.m. The Trustee's accountants have prepared the 2017 Tax Returns.

05/15/19- The Motion to Dismiss and PTC in Damiani adv pro has been adjourned to July 2, 2019 at 9:30 a.m.

05/30/19- The McCord v. Damiani Motion to Dismiss oral arugment and PTC were adjourned by the Court to August 2,. 2019 at 10:00 a.m.

07/15/19- The Trustee has received two checks from Marlin Leasing regarding incorrect assessed late fees in the amount of $115.76 and $53.40.

08/15/19- It was determined that the adversary proceeding against New York State Office of Mental Health and the Dormitory will be dismissed. the Stipulation of Dismissal has been filed with the Court.

09/26/19- The Trustee received a check from the Dept of Treasury in the amount of $150.00, which is the return of the photocopy Fee Request previously sent.

11/18/19- On November 15, 2019, the Consent Order Granting Defendants Motion to Dismiss Pursuant to Rule 12(b)(5) and (6) of the Federal Rules of Civil Procedure as to the adversary proceeding against Damini et al was entered. The Stipulation and Order as it pertains to the adversary proceeding against New York State Office of Mental Health and Dormitory Authority of the State of new York was entered on August 15, 2019. The Trustee will be wrapping up this case for closure.

Exhibit 8

Page: 12

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 116-43546 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Filed (f) or Converted (c):** 08/05/16 (f) |
| | **§341(a) Meeting Date:** 09/14/16 |
| **Period Ending:** 03/18/21 | **Claims Bar Date:** 12/19/16 |

| 1 <br><br> Asset Description <br> (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | 2 <br><br> Petition/ <br> Unscheduled <br> Values | 3 <br><br> Estimated Net Value <br> (Value Determined By Trustee, <br> Less Liens, Exemptions, <br> and Other Costs) | 4 <br><br> Property <br> Abandoned <br> OA=§554(a) | 5 <br><br> Sale/Funds <br> Received by <br> the Estate | 6 <br><br> Asset Fully <br> Administered (FA)/ <br> Gross Value of <br> Remaining Assets |
|---|---|---|---|---|---|

11/20/19- The Trustee file a request for Clerk Fees.

11/22/19- The Trustee has prepared and filed the Notice of Abandonment of Property of the Estate as it pertains to the 2006 BMW 525i as the Trustee's representatives have been unable to obtain duplicate title and taking into consideration the vehicles poor condition, storage fees and costs associated with a sale, there is no value to the state. Objections are to be filed by December 10, 2019, and if no objections are filed, the car will be deemed abandoned as of December 11, 2019.

12/11/19- There were no objections to the Notice of Abandonment and the vehicle is deemed abandoned.

12/27/19- The Trustee has prepared and submitted the final report to the Office of the United States Trustee.

01/16/20- The Trustee has revised final report and sent same to the Office of the United States Trustee.

1/17/20 The Final Report has been approved by the Office of the United States Trustee. The Trustee filed the Notice of Hearing of Trustee's Final Report and Applications for Compensation, hearing scheduled for February 25, 2020 at 9:30 a.m. Judge Stong.

02/14/20- The Trustee filed an amended final report to include payment to the NYC water board from the sale of the Astoria property. The amended final report was approved and the amended Notice of Final Hearing was filed with the Court.

02/28/20- There were no objections to the final report. On February 26, 2020, the Order approving the final report and the orders approving the fees to the Trustee's professionals, including Certilman, Eisner and MYC were also signed. The Trustee has distributed the funds from the estate. Upon reciept of a zero bank balance, the Trustee will file the Affidavit of Final Distibution.

06/01/20- Stop payment placed on outstanding check.

08/06/20- The Trustee has reissued the check to the NYC Law Department in the amount of $25.00 and has sent same priority mail.

12/18/20- The check to the law department was not cashed. The Trustee has sent a check to the USBC for unclaimed dividends. Upon reciept of the zero bank balance, the Trusee will file the affidavit of final distribution.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | August 1, 2018 | **Current Projected Date Of Final Report (TFR):** | December 27, 2019 (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 116-43546 | |
| **Case Name:** | STEINWAY CHILD AND FAMILY SERVICES, | |
| **Taxpayer ID #:** | **-***6974 | |
| **Period Ending:** | 03/18/21 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******8966 - Checking Account |
| **Blanket Bond:** | $42,742,595.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/16 | {1} | JP Morgan Chase Bank, N.A. | Funds turned over by JP Morgan Chase Bank that were held in the debtor's bank account ending 3171 | 1129-000 | 68,570.50 | | 68,570.50 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 68,560.50 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.06 | 68,465.44 |
| 11/23/16 | {8} | Fidelis Care New York | Reimbursemet of funds from Fidelis Care | 1290-000 | 200.02 | | 68,665.46 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.81 | 68,560.65 |
| 12/01/16 | {8} | Fidelis Care | Reimbursement of funds from Fidelis Care | 1290-000 | 14.52 | | 68,575.17 |
| 12/06/16 | {9} | Cigna Health and Life Insurance Co. | Funds from Cigna representing the debtor's share of restitution funds that Cigna's Special Investigations Unit has recovered | 1290-000 | 105.62 | | 68,680.79 |
| 12/06/16 | {8} | Fidelis Care New York | Funds received from Fidelis Care for insurance reimbursement | 1290-000 | 380.38 | | 69,061.17 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.87 | 68,962.30 |
| 01/12/17 | {10} | Beacon Health Options Inc | Refund from insurance company | 1290-000 | 13.33 | | 68,975.63 |
| 01/23/17 | {10} | Beacon Health Options, Inc. | Funds received from Beacon Health Options For Insurance Claims | 1290-000 | 1,222.80 | | 70,198.43 |
| 01/30/17 | 101 | Consolidated Edison Company of N.Y. Inc | Payment for electric service at debtors Astoria premises; acct #21-1810-0800-0002-8 | 2420-000 | | 431.30 | 69,767.13 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.20 | 69,660.93 |
| 02/22/17 | 102 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, policy #'s 1134133, 1134135 | 2420-000 | | 1,110.00 | 68,550.93 |
| 02/22/17 | 103 | Jose M. Ramos | Payment of 2 invoices for services rendered to backup and  perform maintenance of debtor's servers on January 25 and February 20, 2017 | 2420-000 | | 1,250.00 | 67,300.93 |
| 02/22/17 | 104 | Consolidated Edison Company of N.Y. Inc | Payment for electric service on account number 21-1810-0880-0002-8, for the billing period 11/1/16-2/3/17 | 2420-000 | | 1,268.90 | 66,032.03 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.64 | 65,938.39 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.42 | 65,839.97 |
| 04/03/17 | 105 | Consolidated Edison Company of N.Y. Inc. | Payment for electricity services for 11-40 31st Avenue; acct #21-1810-0880-0002-8 | 2420-000 | | 173.07 | 65,666.90 |
| 04/25/17 | 106 | Consolidated Edison of N.Y. Inc. | Payment for electricity services for 11-40 31st Avenue; acct #21-1810-0880-0002-8 | 2420-000 | | 89.11 | 65,577.79 |
| 04/25/17 | 107 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #8063 | 2420-000 | | 170.38 | 65,407.41 |

Subtotals :    $70,507.17    $5,099.76

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 116-43546 | | **Trustee:** | RICHARD J. McCORD (521290) | | |
| **Case Name:** | STEINWAY CHILD AND FAMILY SERVICES, | | **Bank Name:** | Mechanics Bank | | |
| | | | **Account:** | ******8966 - Checking Account | | |
| **Taxpayer ID #:** | **-***6974 | | **Blanket Bond:** | $42,742,595.00  (per case limit) | | |
| **Period Ending:** | 03/18/21 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.20 | 65,319.21 |
| 05/08/17 | {8} | Fidelis Care New York | Funds received from Fidelis Care | 1290-000 | 92.18 | | 65,411.39 |
| 05/10/17 | 108 | Consolidated Edison Company of NY Inc | Payment for electricity services for 11-40 31st Avenue; acct #21-1810-0880-0002-8 | 2420-000 | | 128.15 | 65,283.24 |
| 05/26/17 | 109 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #8583 | 2420-000 | | 370.00 | 64,913.24 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.43 | 64,809.81 |
| 06/27/17 | 110 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #8746 | 2420-000 | | 370.00 | 64,439.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.23 | 64,346.58 |
| 07/11/17 | 111 | Consolidated Edison Company of N.Y. Inc | Payment of electric bill for June and July 2017; Account number 21-1810-0880-0002-8;1140 31st Avenue, Astoria | 2420-000 | | 378.02 | 63,968.56 |
| 07/27/17 | {11} | Beacon Health Strategies | Funds received from Beacon Health Strategies; payment #3655170; services previously rendered | 1290-000 | 137.06 | | 64,105.62 |
| 07/27/17 | 112 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #8895 | 2500-000 | | 370.00 | 63,735.62 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.58 | 63,646.04 |
| 08/10/17 | 113 | Consolidated Edison of N.Y. Inc | Payment of electric bill for August 2017; Account number 21-1810-0880-0002-8;1140 31st Avenue, Astoria | 2420-000 | | 190.17 | 63,455.87 |
| 08/17/17 | | Toses Development Corp | Deposit for Purchase of Real Property Located at 11-40 31st Avenue, Astoria, New York | 1180-000 | 60,000.00 | | 123,455.87 |
| 08/18/17 | | To Account #******8967 | Deposit for the purchase of the Astoria property | 9999-000 | | 60,000.00 | 63,455.87 |
| 08/28/17 | 114 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #9067 | 2420-000 | | 370.00 | 63,085.87 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.58 | 62,982.29 |
| 09/27/17 | 115 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #9212 | 2420-000 | | 370.00 | 62,612.29 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.69 | 62,524.60 |
| 10/06/17 | 116 | Consolidated Edison Company of N.Y. Inc | Payment of electric bill for September 2017, plus deposit; Account number 21-1810-0880-0002-8;1140 31st Avenue, | 2420-000 | | 682.86 | 61,841.74 |

Subtotals :                    $60,229.24      $63,794.91

{} Asset reference(s)                                                                     Printed: 03/18/2021 02:37 PM    V.20.33

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 116-43546
**Case Name:** STEINWAY CHILD AND FAMILY SERVICES,

**Taxpayer ID #:** **-***6974
**Period Ending:** 03/18/21

**Trustee:** RICHARD J. McCORD (521290)
**Bank Name:** Mechanics Bank
**Account:** ******8966 - Checking Account
**Blanket Bond:** $42,742,595.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Astoria | | | | |
| 10/26/17 | 117 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #9371 | 2420-000 | | 370.00 | 61,471.74 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.75 | 61,375.99 |
| 11/13/17 | 118 | Consolidated Edison Company of N.Y., Inc. | Payment of electricity for 11-40 31st Avenue, Astoria, account #21-1810-0880-0002-8 | 2420-000 | | 165.28 | 61,210.71 |
| 11/27/17 | 119 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #9519 | 2420-000 | | 370.00 | 60,840.71 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.25 | 60,752.46 |
| 12/15/17 | 120 | Consolidated Edison Company of N.Y. Inc | Payment of electricity for 11-40 31st Avenue, Astoria, account #21-1810-0880-0002-8 | 2420-000 | | 117.32 | 60,635.14 |
| 12/27/17 | 121 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #9642 | 2420-000 | | 370.00 | 60,265.14 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.55 | 60,180.59 |
| 01/02/18 | {8} | Fidelis Care | Funds received from Fidelis Care | 1290-000 | 423.84 | | 60,604.43 |
| 01/18/18 | 122 | Consolidated Edison Company of N.Y. Inc | Payment of electricity for 11-40 31st Avenue, Astoria, account #21-1810-0880-0002-8 | 2500-000 | | 87.84 | 60,516.59 |
| 01/26/18 | 123 | Trustee Insurance Agency | Payment for insurance premium for debtor's property located at 11-40 31st Avenue, Astoria, NY, invoice #9768 | 2420-000 | | 370.00 | 60,146.59 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.86 | 60,050.73 |
| 02/14/18 | 124 | Consolidated Edison Company of N.Y. Inc. | Payment of electricity for 11-40 31st Avenue, Astoria, account #21-1810-0880-0002-8 | 2420-000 | | 321.03 | 59,729.70 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.64 | 59,649.06 |
| 03/05/18 | {12} | Great American Insurance Company | Funds from the insurance claim pertaining to the damages sustained due to the water main break at the real property located at 11-40 31st Avenue, Astoria, New York | 1290-000 | 23,565.35 | | 83,214.41 |
| 04/26/18 | {14} | Con Edison | Refund for Con Edison security deposit for 11-40 31st Ave, Astoria, New York | 1290-000 | 32.63 | | 83,247.04 |
| 04/27/18 | 125 | NYS Department of Law | 2014 Tax Returns; EIN #11-2326974, CHAR 500 | 2820-000 | | 50.00 | 83,197.04 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.70 | 83,081.34 |
| 05/10/18 | 126 | New York State Department of Law | Payment in connection with NYS Form CHAR-500-, 7/1/15-6/30/16, EIN#11-2326974 | 2820-000 | | 50.00 | 83,031.34 |

Subtotals :    $24,021.82    $2,832.22

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 116-43546
**Case Name:** STEINWAY CHILD AND FAMILY SERVICES,

**Taxpayer ID #:** **-***6974
**Period Ending:** 03/18/21

**Trustee:** RICHARD J. McCORD (521290)
**Bank Name:** Mechanics Bank
**Account:** ******8966 - Checking Account
**Blanket Bond:** $42,742,595.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/18 | 127 | New York State Department of Law | Payment in connection with NYS Form CHAR-500-, 7./1/16-7/30/17, EIN#11-2326974 | 2820-000 | | 50.00 | 82,981.34 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.53 | 82,849.81 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.40 | 82,734.41 |
| 07/02/18 | {14} | Con Edison | Funds from Con Edison for deposit of electric for Astoria property | 1290-000 | 460.42 | | 83,194.83 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.73 | 83,067.10 |
| 08/01/18 | 128 | Astoria 31 Holding LLC | Payment of insurance proceeds in connection with sale of Astoria property pursuant to Court Order dated July 12, 2018 | 2420-750 | | 23,565.35 | 59,501.75 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.46 | 59,378.29 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.77 | 59,329.52 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.63 | 59,275.89 |
| 05/13/19 | 129 | NYS Department of Law | Payment in connection with NYS Form CHAR-500-, 7/1/17-06/30/18, EIN#11-2326974 | 2820-000 | | 25.00 | 59,250.89 |
| 06/17/19 | 130 | United States Treasury | Payment for Request for Form 4506; Tax ID 11-2326974 | 2810-000 | | 150.00 | 59,100.89 |
| 07/15/19 | {19} | Computershare/KCC | Reimbursment of incorrectly assessed late fees by Marlin Bank and/or Marlin Leasing Corporation | 1290-000 | 53.40 | | 59,154.29 |
| 07/15/19 | {19} | Computershare/KCC | Reimbursment of incorrectly assessed late fees by Marlin Bank and/or Marlin Leasing Corporation | 1290-000 | 115.76 | | 59,270.05 |
| 09/26/19 | {20} | U.S. Department of Treasury | Refund of Photocopy Request Fee | 1290-000 | 150.00 | | 59,420.05 |
| 12/13/19 | 131 | New York State Department of Law | Payment in connection with NYS Form CHAR-500-, 7/1/18-06/30/19, EIN#11-2326974 | 2820-000 | | 25.00 | 59,395.05 |
| 02/28/20 | | From Account #******8967 | Transfer of funds for the distribution of the estate | 9999-000 | 249,999.00 | | 309,394.05 |
| 03/02/20 | 132 | NYC Water Board | Dividend paid 100.00% on $200.13; Claim# 31; Filed: $200.13; | 4110-000 | | 200.13 | 309,193.92 |
| 03/02/20 | 133 | NYS Department of Law | Payment for Ein: 11-2326974, tax period, 07/01/19-12/31/19, Form CHAR-500 Stopped on 06/01/20 | 2820-000 | | 25.00 | 309,168.92 |
| 03/02/20 | 134 | RICHARD J. McCORD | Payment of Trustee's Commissions Pursuant to Court Order dated February 26, 2020 | 2100-000 | | 9,289.46 | 299,879.46 |
| 03/02/20 | 135 | NYC Water Board | Payment of oustanding water charges, acct #5000521362001, 1140 31st Avenue, Long Island City, NY | 4110-000 | | 1,942.10 | 297,937.36 |

Subtotals :                                        $250,778.58          $35,872.56

{} Asset reference(s)

Printed: 03/18/2021 02:37 PM    V.20.33

Exhibit 9

# Form 2

Page:  5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 116-43546 | |
| **Case Name:** | STEINWAY CHILD AND FAMILY SERVICES, | |
| **Taxpayer ID #:** | **-***6974 | |
| **Period Ending:** | 03/18/21 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******8966 - Checking Account |
| **Blanket Bond:** | $42,742,595.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/20 | 136 | EisnerAmper LLP | Payment of Fees to Accountants for the Trustee Pursuant to Court Order dated February 26, 2020 | 3410-000 | | 47,377.25 | 250,560.11 |
| 03/02/20 | 137 | EisnerAmper LLP | Payment of Expenses for Accountant to the Chapter 7 Trustee Pursuant to Court Order dated February 26, 2020 | 3420-000 | | 17.00 | 250,543.11 |
| 03/02/20 | 138 | Certilman Balin Adler & Hyman, LLP | Payment of Expenses for Counsel for the Chapter 7 Trustee Pursuant to Court Order dated February 26, 2020 | 3120-000 | | 1,641.24 | 248,901.87 |
| 03/02/20 | 139 | Certilman Balin Adler & Hyman, LLP | Payment of Fees to Counsel for the Chapter 7 Trustee Pursuant to Court Order dated February 26, 2020 | 3110-000 | | 69,801.25 | 179,100.62 |
| 03/02/20 | 140 | MYC & Associates, Inc. | Payment of record storage fees pursuant to Court Order dated February 26, 2020 | 2410-000 | | 1,215.00 | 177,885.62 |
| 03/02/20 | 141 | Internal Revenue Service | Dividend paid  13.28% on $7,326,360.07; Claim# 2S-2; Filed: $7,326,360.07; | 4110-000 | | 177,885.62 | 0.00 |
| 06/01/20 | 133 | NYS Department of Law | Payment for Ein: 11-2326974, tax period, 07/01/19-12/31/19, Form CHAR-500 Stopped: check issued on 03/02/20 | 2820-000 | | -25.00 | 25.00 |
| 08/06/20 | 142 | NYS Department of Law | Payment for Ein: 11-2326974, tax period, 07/01/19-12/31/19, Form CHAR-500 Stopped on 11/05/20 | 2820-000 | | 25.00 | 0.00 |
| 11/05/20 | 142 | NYS Department of Law | Payment for Ein: 11-2326974, tax period, 07/01/19-12/31/19, Form CHAR-500 Stopped: check issued on 08/06/20 | 2820-000 | | -25.00 | 25.00 |
| 12/18/20 | 143 | United States Bankruptcy Court | Payment of Unclaimed Dividends | 2820-000 | | 25.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 405,536.81 | 405,536.81 | **$0.00** |
| | | | Less: Bank Transfers | | 249,999.00 | 60,000.00 | |
| | | | **Subtotal** | | 155,537.81 | 345,536.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$155,537.81** | **$345,536.81** | |

Exhibit 9

Page:  6

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 116-43546 | |
| **Case Name:** | STEINWAY CHILD AND FAMILY SERVICES, | |
| **Taxpayer ID #:** | **-***6974 | |
| **Period Ending:** | 03/18/21 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******8967 - Real Property Purchase Ac |
| **Blanket Bond:** | $42,742,595.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/17 | | From Account #******8966 | Deposit for the purchase of the Astoria property | 9999-000 | 60,000.00 | | 60,000.00 |
| 11/09/17 | {7} | Piero Musso | Deposit from the highest bidder, Piero Musso, in connection with the auction sale of the Astoria Property (highest bid $1,950,000.00) held on November 8, 2017 | 1110-000 | 122,500.00 | | 182,500.00 |
| 11/09/17 | | Zijo Music | Deposit from Zijo Music, runner up bidder ($1,925,000.00) (check 1 of 2) from the auction sale of the Astoria Property held on November 8, 2017 | 1180-000 | 100,000.00 | | 282,500.00 |
| 11/09/17 | | Zijo Music | Deposit from Zijo Music, runner up bidder ($1,925,000.00) (check 2 of 2) from the auction sale of the Astoria Property held on November 8, 2017 | 1180-000 | 122,500.00 | | 405,000.00 |
| 11/10/17 | {7} | Piero Musso | Remaining Deposit from the highest bidder, Piero Musso, in connection with the auction sale of the Astoria Property (highest bid $1,950,000.00) held on November 8, 2017 | 1110-000 | 72,500.00 | | 477,500.00 |
| 12/08/17 | 1001 | Toses Development Corp. | Return of down payment to stalking horse bidder for prop located at 11-40 31st Ave, Astoria, purusant to Ct Order dated November 21, 2017 | 1180-000 | -60,000.00 | | 417,500.00 |
| 02/28/18 | {7} | Joseph Musso/Astoria 31 Holding LLC | Funds from the closing of the sale of the real property located at 11-40 31st Avenue, Astoria, New York 11106 pursuant to Court Order dated November 21, 2017 | 1110-000 | 1,195.00 | | 418,695.00 |
| 02/28/18 | {7} | Pietro Musso/Astoria 31 Holding LLC | Funds from the closing of the sale of the real property located at 11-40 31st Avenue, Astoria, New York 11106 pursuant to Court Order dated November 21, 2017 | 1110-000 | 137,000.00 | | 555,695.00 |
| 02/28/18 | {7} | Joseph Musso/Astoria 31 Holding LLC | Funds from the closing of the sale of the real property located at 11-40 31st Avenue, Astoria, New York 11106 pursuant to Court Order dated November 21, 2017 | 1110-000 | 200,000.00 | | 755,695.00 |
| 02/28/18 | {7} | Pietro Musso/Astoria 31 Holding LLC | Funds from the closing of the sale of the real property located at 11-40 31st Avenue, Astoria, New York 11106 pursuant to Court Order dated November 21, 2017 | 1110-000 | 289,000.00 | | 1,044,695.00 |
| 02/28/18 | {7} | Pietro Musso/Astoria 31 Holding LLC | Funds from the closing of the sale of the real property located at 11-40 31st Avenue, Astoria, New York 11106 pursuant to Court Order | 1110-000 | 1,129,000.00 | | 2,173,695.00 |

| | | | | Subtotals : | $2,173,695.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 116-43546 | **Trustee:** RICHARD J. McCORD (521290) |
| **Case Name:** STEINWAY CHILD AND FAMILY SERVICES, | **Bank Name:** Mechanics Bank |
| | **Account:** ******8967 - Real Property Purchase Ac |
| **Taxpayer ID #:** **-***6974 | **Blanket Bond:** $42,742,595.00  (per case limit) |
| **Period Ending:** 03/18/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | dated November 21, 2017 | | | | |
| 03/07/18 | 1002 | Zijo Music | Refund of deposit from auction sale for the real prop located at 11-40 31st Ave, Astoria, NY pursuant to Ct Order dated November 21, 2017 | 1180-000 | -222,500.00 | | 1,951,195.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,289.96 | 1,948,905.04 |
| 04/03/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,289.96 | 1,951,195.00 |
| 05/02/18 | 1003 | Dormitory Authority of the State of New York | Payment in full of secured claim on debtors real property 11-40 31st Ave, Astoria, NY per Court Order dated November 21, 2017 | 4110-000 | | 276,109.32 | 1,675,085.68 |
| 06/21/18 | 1004 | NYC Department of Finance | Payment of real estate taxes: 1140 31st Ave, Astoria; BBL: Queens, (4), 00503, 0025 | 2500-000 | | 10,844.28 | 1,664,241.40 |
| 08/09/18 | 1005 | MYC & Associates, Inc. | Payment of Fees to Property Manager to the Trustee Pursuant to Court Order dated July 20, 2018 | 2690-460 | | 8,370.00 | 1,655,871.40 |
| 08/09/18 | 1006 | MYC & Associates, Inc. | Payment of Expenses to Property Manager to the Trustee Pursuant to Court Order dated July 20, 2018 | 2690-470 | | 1,408.00 | 1,654,463.40 |
| 08/09/18 | 1007 | MYC & Associates, Inc. | Payment of Commissions to Real Estate Broker to the Trustee Pursuant to Court Order dated July 20, 2018 | 3510-000 | | 117,000.00 | 1,537,463.40 |
| 02/28/19 | 1008 | Internal Revenue Service | Interim Distribution of the Estate/Claim Filed/Claim Number 2 | 4110-000 | | 795,553.04 | 741,910.36 |
| 02/28/19 | 1009 | RICHARD J. McCORD | Payment of Trustee's Interim Commissions Pursuant to Court Order dated February 8, 2019 | 2100-000 | | 75,362.52 | 666,547.84 |
| 02/28/19 | 1010 | Certilman Balin Adler & Hyman, LLP | Payment of Interim Attorneys Fees Pursuant to Court Order dated February 8, 2019 | 3110-000 | | 219,589.50 | 446,958.34 |
| 02/28/19 | 1011 | Certilman Balin Adler & Hyman, LLP | Payment of Interim Attorneys Expenses Pursuant to Court Order dated February 8, 2019 | 3120-000 | | 12,235.59 | 434,722.75 |
| 02/28/19 | 1012 | EisnerAmper LLP | Payment of Interim Accountants Fees Pursuant to Court Order dated February 8, 2019 | 3410-000 | | 184,134.75 | 250,588.00 |
| 02/28/19 | 1013 | EisnerAmper LLP | Payment of Interim Accountants Expenses Pursuant to Court Order dated February 8, 2019 | 3420-000 | | 589.00 | 249,999.00 |
| 02/28/20 | | To Account #******8966 | Transfer of funds for the distribution of the estate | 9999-000 | | 249,999.00 | 0.00 |

Subtotals :  $-222,500.00  $1,951,195.00

{} Asset reference(s)

Printed: 03/18/2021 02:37 PM   V.20.33

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 116-43546 | |
| **Case Name:** | STEINWAY CHILD AND FAMILY SERVICES, | |
| | | |
| **Taxpayer ID #:** | **-***6974 | |
| **Period Ending:** | 03/18/21 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******8967 - Real Property Purchase Ac |
| **Blanket Bond:** | $42,742,595.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,951,195.00 | 1,951,195.00 | $0.00 |
| | | | Less: Bank Transfers | | 60,000.00 | 249,999.00 | |
| | | | Subtotal | | 1,891,195.00 | 1,701,196.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,891,195.00 | $1,701,196.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******8966 | 155,537.81 | 345,536.81 | 0.00 |
| Checking # ******8967 | 1,891,195.00 | 1,701,196.00 | 0.00 |
| | $2,046,732.81 | $2,046,732.81 | $0.00 |